UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARYN K.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 26-cv-3743-AGS-BJW

**ORDER DENYING PLAINTIFF'S IFP MOTION (ECF 2)**

In this Social Security appeal, plaintiff moves to proceed without paying the usual court-filing fees of $405. *See* 28 U.S.C. § 1914(a); District Court Misc. Fee Schedule, United States District Court, Southern District of California (effective Dec. 1, 2023). If granted the right to proceed in forma pauperis ("IFP"), a plaintiff can proceed without paying those fees. *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). To qualify for that status, plaintiff must "state the facts as to [plaintiff's] poverty with some particularity." *Jefferson v. United States*, 277 F.2d 723, 725 (9th Cir. 1960).

Plaintiff has not met this standard, as she submitted an incomplete IFP form—it didn't list her "gross pay or wages" nor her "take-home pay or wages." (ECF 2, at 1.) Without that information, and given plaintiff's "condo" ownership, "[$]150,000" in "investment[s]," and "$20,000" in the bank, (*id.* at 2), plaintiff has not established with "particularity" any state of "poverty," *see Jefferson*, 277 F.2d at 725.

The IFP motion is **DENIED**. By August 4, 2026, plaintiff must either pay the filing fee or resubmit a completed IFP request.

Dated: July 21, 2026

Hon. Andrew G. Schopler
United States District Judge